IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

RICKY P. BECK, )
 )
    Plaintiff, )
 )
v. ) No. CIV-07-89-FHS
 )
MICHAEL J. ASTRUE, )
Commissioner of Social )
Security Administration, )
 )
    Defendant. )

## ORDER

    Before the court for its consideration is the Commissioner's unopposed motion to reverse and remand based upon the fact that the decision of the Administrative Law Judge ("ALJ") to deny benefits was not supported by substantial evidence. Having reviewed the motion and the record in this case, the court finds that the Commissioner's motion should be granted and this action should be reversed and remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the unopposed motion. The Commissioner's unopposed motion to reverse and remand is granted.

    It is so ordered this 2nd day of January, 2008.

_____
Frank H. Seay
United States District Judge
Eastern District of Oklahoma