# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

RICKY P. BECK,                  )
                                )
    Plaintiff,              )
                                )
v.                              )     No. CIV-07-89-FHS
                                )
MICHAEL J. ASTRUE,              )
Commissioner of Social          )
Security Administration,        )
                                )
    Defendant.              )

## JUDGMENT

Pursuant to the court's order reversing the decision of the Administrative Law Judge and granting the Commissioner's motion to remand pursuant to sentence four of 42 U.S.C. § 405(g) entered simultaneously herein, judgment is entered in favor of the Plaintiff and against the Commissioner and this action is reversed and remanded to the Commissioner for further administrative proceedings.

This judgment is entered this 2nd day of January, 2008.

Frank H. Seay
United States District Judge
Eastern District of Oklahoma